IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | NO. 12 C 3300 |
| | ) | |
| vs. | ) | JUDGE JOAN B. GOTTSCHALL |
| | ) | |
| AREA ERECTORS, INC., | ) | MAGISTRATE JUDGE MORTON DENLOW |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION**
**FOR ENTRY OF JUDGMENT**

Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.* and Defendant,

AREA ERECTORS, INC., by and through their attorneys, hereby move this Court for entry of an

Agreed Judgment Order, a copy of which is attached as an Exhibit hereto.

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick N. Ryan | /s/ Kevin J. Caplis |
| One of the Attorneys for the Plaintiffs | One of the Attorneys for the Defendant |
| Baum, Sigman, Auerbach & Neuman, Ltd. | Querrey & Harrow, Ltd. |
| 200 W. Adams Street, Suite 2200 | 175 W. Jackson Boulevard, Suite 1600 |
| Chicago, IL 60606 | Chicago, IL 60604 |
| (312) 236-4316 | (312) 540-7000 |
| pryan@baumsigman.com | kcaplis@querrey.com |

I:\MIDJ\Area Erectors\#23940\agreed mot. for entry jdgmt.08-30-12.pnr.kp.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 4th day of September 2012, he electronically filed the foregoing document (Agreed Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Mr. Kevin J. Caplis
> Querrey & Harrow, Ltd.
> 175 W. Jackson Boulevard, Suite 1600
> Chicago, IL 60604
> kcaplis@querrey.com

                                                    /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com
I:\MIDJ\Area Erectors\#23940\agreed mot. for entry jdgmt.08-30-12.pnr.kp.wpd